```
_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED
```

PS 10
(8/88)

APR 0 8 2013

## United States District Court
## for the
## Western District of Texas

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

U.S.A. vs. Mark Carpenter          Docket No. P-12-CR-00519-1

**TO: Any United States Marshal or Authorized Arresting Agent**

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||||
| NAME OF DEFENDANT<br>Mark Carpenter | | SEX<br>Male | Race<br>White | AGE<br>36 |
| ADDRESS(STREET, CITY, STATE)<br>4001 Faudree Rd, Apt B203, Odessa, Texas 79765 |||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Federal Courthouse<br>410 South Cedar<br>Pecos, Texas 79772 |||||
| CLERK<br>William G. Putnicki | (BY) DEPUTY CLERK<br>*[signature]* || DATE<br>3-72-13 ||

| RETURN ||||
|---|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>4/8/2013 | | DATE EXECUTED<br>4/8/2013 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS BALTIMORE ||||
| NAME<br>*[signature]* | (BY)<br>DUSM DAVID LUTZ || DATE<br>4/8/2013 |

PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

**FILED**

MAR 2 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

U.S.A. vs.        Mark Carpenter        Docket No.    0542 4:12CR00519-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Travis Paul Kelly, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Mark Carpenter, who was placed under pretrial release supervision by the Honorable Dwight Goains, sitting in the court at Pecos, Texas, on the 2nd day of November, 2012, under the following conditions:

(7)(i). The defendant shall not travel outside Midland and Ector Counties, Texas, unless approved by Pretrial Services.

(7)(v). Travel sticker required on driver's license / ID

* It should be noted that on March 22, 2013, the defendant attempted to circumvent security at the United States Courthouse in Pecos, Texas, by identifying himself as an ICE Agent instead of as a defendant in his respective case. The defendant was there for docket call.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(7)(p). On March 11, 2013, the defendant submitted a travel request to Pretrial Services. The defendant requested approval to travel to Baltimore, Maryland, and Washington, D.C., for attorney appointments from March 20 - 29, 2013. The defendant indicated on the travel voucher that he would be flying on Delta Airlines. The travel voucher was approved by Pretrial Services on March 18, 2013. On March 21, 2013, the defendant was pulled over on a traffic stop by the Tennessee State Patrol for a traffic violation and received a warning. The defendant failed to notify Pretrial Services regarding this change to his travel request itinerary.

(7)(v). On March 21, 2013, Pretrial Services was notified that the defendant did not have his required travel sticker on his driver's license during aforementioned traffic stop. Photos of the defendant's driver's license without a travel sticker were forwarded to Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the issuance of an arrest warrant for the defendant to show cause why bond should not be revoked.

ORDER OF COURT

Considered and ordered this ___22nd___ day of ___March___, 2013, and ordered filed and made a part of the records in the above case.

_____
Dwight Goains
U.S. Magistrate Judge

Respectfully,

_____
Travis Paul Kelly
U.S. Pretrial Services Officer

Place    Midland, Texas

Date    March 22, 2013

A true copy of the original, I certify
Clerk, U.S. District Court

By: _____
                        Deputy

The U.S. Attorney's Office is in agreement and so moves under the provisions of Title 18 U.S.C. § 3148.

_____
Assistant U.S. Attorney

___3/22/13___
Date